1 | Miles D. Grant, Esq.          (SBN   89766)
   | Brian P. Holmes, Esq.         (SBN 244229)
2 | **GRANT & ZEKO, APC**
   | 1331 India Street
3 | San Diego, CA 92101
   | Tel: 619-233-7078; Fax: 619-233-7036
4

5 | Attorneys for Defendant JEFFREY S. RAND

6

7

8 | **UNITED STATED DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOHN MICHAEL PAULSON AND NICHOLAS DIACO, CO-TRUSTEES OF 12  THE ALLEN E. PAULSON LIVING TRUST, | CASE NO. 2:02-cv-06836-FMC-AJWx **AMENDED JUDGMENT** |
| 13       Plaintiffs, | Dept.:   750 Judge:  Florence-Marie Cooper |
| 14       v. | |
| 15  JEFFREY S. RAND; and DOES 1 through 50, inclusive, | |
| 16       Defendants. | |
| 17  JEFFREY S. RAND, | |
| 18       Counter-claimant, | |
| 19       v. | |
| 20  JOHN MICHAEL PAULSON AND NICHOLAS DIACO, CO-TRUSTEES OF 21  THE ALLEN E. PAULSON LIVING TRUST, | |
| 22       Counter-defendants. | |

23

24 |     On December 12, 2007, judgment was entered by Plaintiff JOHN MICHAEL

25 | PAULSON, TRUSTEE OF THE ALLEN E. PAULSON LIVING TRUST (Paulson) against

26 | Defendant JEFFREY S. RAND (Rand) in the sum of $870,000 (Original Judgment).  On

27 | August 20, 2009, Rand filed a motion to vacate the Original Judgment claiming the amount was

28 | contrary to California law.

1    Paulson failed to oppose the motion.  After review of the moving papers, and good

2    causes appearing therefore,

3    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that**:**

4        1.   The Original Judgment against Rand is <u>vacated.</u>   A copy of the Court's Order

5    Granting Motion to Vacate Judgment is attached as Exhibit 1; and,

6        2.   A New Judgment is entered, *nunc pro tunc* to December 12, 2007, in favor of

7    Plaintiff JOHN MICHAEL PAULSON, TRUSTEE OF THE ALLEN E. PAULSON LIVING

8    TRUST and against Defendant JEFFREY S. RAND in the corrected amount of $170,689.26

9    plus post-judgment interest and costs.

10

11   Dated: October 2, 2009          _____ _____

12                                            FLORENCE-MAIRE COOPER, JUDGE
                                              UNITED STATES DISTRICT COURT

13   C:\Temp\notesE1EF34\New Judgment-01b.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

New Judgment